## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMAR J. DRAPER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-18-1195-R ) |
| JIMMY MARTIN, Warden, | ) ) |
| Respondent. | ) |

## ORDER

Respondent Jimmy Martin filed a Motion to Dismiss for Failure to Exhaust State Court Remedies on March 30, 2019. On June 14, 2019, United States Magistrate Judge Gary Purcell issued a Second Supplemental Report and Recommendation [Doc. 29][1], recommending that the Motion be denied, and granting the parties until July 5, 2019 to object.

Respondent has not filed an objection nor sought an extension of time in which to do so. Accordingly, the Second Supplemental Report and Recommendation is hereby adopted, Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies [Doc. 23] is denied, and this matter is re-referred to Magistrate Judge Gary M. Purcell for further proceedings consistent with the original referral entered herein.

IT IS SO ORDERED this 9th day of July, 2019.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] Judge Purcell had previously issued a Report and Recommendation, and a Supplemental Report and Recommendation addressing other issues.